**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

WEDGEWOOD-FOUNTAIN, INC.,

        Plaintiff,

-vs-                                      Case No.  2:10-cv-238-FtM-29SPC

ALLSTATE INSURANCE COMPANY,

        Defendant.
_____

**ORDER**

This matter comes before the Court on Plaintiff's Motion for an Exparte Order for Appointment of a Neutral Empire (Doc. #18) filed on October 8, 2010.[1] On October 15, 2010, this Court deferred ruling on this Motion and requested that the parties provide an agreed upon list of their top three candidates for neutral umpire. The Parties' provided the Court with the list on October 22, 2010 (Doc. #20). Upon due consideration of the candidates on the list, the Court appoints Gasper Ficarrotta as neutral umpire for this case. Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for an Exparte Order for Appointment of a Neutral Empire (Doc. #18) is **GRANTED**. Gasper Ficarrotta, 201 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33602, 813-223-3951, is hereby appointed neutral umpire in this case.

**DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of October, 2010.

                                                              SHERI POLSTER CHAPPELL
                                                               UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] Plaintiff entitled the Motion "ex parte" in error. Notice of the Motion was provided to Defendant.